**BOLTON LAW, PLLC**
424 E. Sherman Avenue, Suite 308
Coeur d'Alene, Idaho 83814
Telephone: (208) 306-3360
Facsimile: (208) 519-3974
K. Jill Bolton ISBN: 5269
Hayes J. Hartman ISBN: 11040
reception@kjboltonlaw.com

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JULIE GROVE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-CV-222-CWD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　COME NOW, attorney for the Plaintiff, Hayes J. Hartman of BOLTON LAW PLLC, and attorney for the Defendant, David Knotts of HAWLEY TROXELL ENNIS & HAWLEY LLP, who hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will pay her or its own fees and costs. This stipulation is made for the reason that the parties have resolved this matter outside of Court.

STIPULATION TO DISMISS WITH PREJUDICE　　　　　　　　　　　　　　　　　　　　　1

/s/ *Hayes J. Hartman*
Hayes J. Hartman
Attorney for Plaintiff


/s/ *David W. Knotts*
_____
David W. Knotts
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on January 31st, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Attorneys for Defendant Reliance Standard Life Insurance Company: David W. Knotts and Joshua Bachrach.

*/s/ Hayes J. Hartman*
Hayes J. Hartman, ID 11040
Attorney for Plaintiff